**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

                         Plaintiff,

v.                                          **CASE NUMBER:**    2:23CR2 PPS

**ABIGAIL DAWES**

                         Defendant.

_____/

## DEFENDANT'S SENTENCING MEMORANDUM

The Defendant, Abigail Dawes, submits the following for the Court's consideration at the sentencing herein:

### I. The Sentencing Guidelines

The United States Probation Office has recommended, based on a total offense level of 43, and Criminal History Category I, that Ms. Dawes' guideline sentencing range of imprisonment is life, but that term is limited to a term of 360 months by statute. Neither party has objected to that calculation.

However, the parties have presented the Court with a binding plea agreement that, if accepted, would require the Court to sentence Ms. Dawes to a sentence of 300 months (25 years) followed by 15 years of supervised release.

### II. Proposed Conditions of Supervision

The undersigned has reviewed the proposed conditions of supervision with Ms. Dawes. The Defendant has no objections to the proposed conditions of supervision.

### III. Sentencing Factors under 18 U.S.C. § 3553(a) for the Court's Consideration

A.      Family History

Abigail Dawes is thirty (30) years old. She was born in Munster, Indiana, to Jane Dawes and Trent Reid. She was raised by her maternal grandmother, Irene Brack, as her adoptive father, Michael Dawes, was physically and emotionally abusive. She has had a limited relationship with her biological father.

Ms. Dawes grew up in a chaotic and unstable home. She is divorced and has three (3) children, two (2) with her co-defendant Alfonso Rodriguez. While involved with Mr. Rodriguez, Ms. Dawes was required to engage in prostitution as a condition of remaining in the relationship.

B.      Offense Conduct

Ms. Dawes has demonstrated clear and unequivocal acceptance of responsibility for her conduct related to this offense.

C.      Education and Employment

Ms. Dawes attended Morton High School but dropped out in the 10th grade. She hopes to obtain her GED while incarcerated.

Ms. Dawes has a good history of lawful employment. She has been employed primarily in retail settings.

D.      Physical and Mental Health

Ms. Dawes is in good physical health.

Ms. Dawes has an extensive history of mental health issues or treatment, including approximately thirty (30) inpatient hospitalizations. She suffers from Bi-polar disorder, ADHD, ODD, PTSD, Borderline Personality Disorder, and anxiety.

2

E.      Substance Abuse History

Ms. Dawes began using alcohol and marijuana at age fourteen (14). She has an extensive history of poly-substance use and abuse, including marijuana, cocaine, PCP, and LSD. Ms. Dawes last used any substance on August 22, 2022, when she was arrested under case number 2:22CR87.

F.      Current Incarceration and Plan for the Future

Ms. Dawes has been incarcerated in the Porter County Jail since her arrest on August 22, 2022, although she was arrested for the instant offense on January 24, 2023. She has had no issues while in pretrial detention. Ms. Dawes plans to return to Northwest, Indiana, upon her release from incarceration.

## IV. Defendant's Recommended Sentence

Under the circumstances, a sentence of 300 months followed by 15 years of supervised release, is a reasonable and appropriate sentence under the factors enumerated in 18 U.S.C. § 3553.

Ms. Dawes would request the following recommendations: 1) that she be incarcerated as close to the Northern District of Indiana and in an institution that offers the residential sex offender treatment program; 2) that she receive a mental health evaluation and treatment; 3) that she be given credit for time already served since her arrest on August 22, 2022; 4) that she be allowed to participate in a vocational training program; 5) that she be allowed to participate in the prison industries program; and 6) that she be given consideration for placement in the residential re-entry program.

*Dated:*    January 22, 2024

Northern District of Indiana
Federal Community Defenders, Inc.

By:    /s/ Peter L. Boyles
Peter L. Boyles, Staff Attorney
2929 Carlson Drive, Suite 100
Hammond, IN 46320
Phone: (219) 937-8020
Fax: (219) 937-8021
Email: peter_boyles@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

  s/ Peter L. Boyles

4