UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.  2:23 CR 02 |
| ) | |
| ABIGAIL DAWES and ) | |
| ALFONSO RODRIGUEZ ) | |

**GOVERNMENT'S JOINT SENTENCING MEMORANDUM
FOR DEFENDANTS DAWES AND RODRIGUEZ**

Comes now the United States of America, by Clifford D. Johnson, United States Attorney, through Philip C. Benson, Assistant United States Attorney, and hereby files its Sentencing Memorandum in the above matter in support of the agreed term of incarceration of 25 years as contained in the plea agreement and further advises the Court of the following:

*I.   OFFENSE CONDUCT*

The Presentence Investigation Report accurately identifies the offense conduct.  In summary, in approximately June 2022, the defendants used, persuaded and coerced Jane Doe, an approximately 9-year-old child to engage in sexually explicit conduct for purpose of producing a visual depiction of such conduct using materials shipped/mailed/or transported in interstate or foreign commerce.  As further identified in great detail in the Presentence Investigation Report, the conduct engaged in by these defendants is both horrific and deplorable.

1

As a result of the conduct identified in the Presentence Investigation report, both defendants have agreed that a term of incarceration of 25 years, followed by 15 years of supervised release is appropriate.

## II.     SENTENCING LAW

The Court must take into account the factors set forth in 18 U.S.C. § 3553(a), including: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the kinds of sentences available; (3) the sentencing range established for the applicable category of offense committed by the applicable category of defendant; (4) the pertinent Sentencing Commission policy statements; (5) the need to avoid unwarranted sentencing disparities; (6) the need to provide restitution to victims; and (7) the need for judges to impose sentences that reflect the seriousness of the offense, promote respect for the law, provide just punishment, afford adequate deterrence, protect the public, and effectively provide the defendant with needed educational or vocational training and medical care.

## III.    APPLICATION OF § 3553(a) FACTORS

### A. *The Nature and Circumstances of the Offense and Need to Impose a Sentence that Reflects the Seriousness of the Offense*

The facts of this crime are accurately detailed in the presentence report. The agreed term of incarceration of 25 years and term of supervised

release (15 years) clearly reflects the seriousness of the offense and harm caused to this minor victim.

### B. *Guideline Sentencing Range*

The Presentence Investigation report calculates each of the defendants' Total Offense Level as 43, resulting in a sentencing range of incarceration of life. However, the statutory sentencing range is limited to a minimum of 15 years' incarceration and a maximum term of 30 years incarceration.

### C.  *Restitution / Forfeiture*

In the plea agreement, the parties agreed that the defendant should pay restitution in an amount to be determined by the Court. Since the minor victim is a ward of the state, the undersigned has discussed this restitution issue with these legal representatives of the victim. Given the unique circumstances of his case and based upon the relationship between the victim and the defendants, additional time is needed for treating medical experts for the state of Indiana to 1) assess the appropriateness of restitution, and if so, 2) the amount of that restitution to be requested. Therefore, the government requests that the issue of restitution be kept open by the court for next 45 days.

Additionally, as part of their agreement, both defendants have agreed to forfeiture of the following property:

| Description |
|---|
| BLACK APPLE WATCH SERIES 3 |
| CELL PHONE, APPLE IPHONE XR 64GB |
| CELL PHONE, APPLE IPHONE PURPLE 12 MINI IMEI #355127842032874 |
| CELL PHONE, APPLE IPHONE IMEI #357838497088973 |
| DESKTOP COMPUTER, ONE (1) BLACK, UNBRANDED DESKTOP COMPUTER |
| CELL PHONE, ONE (1) T-MOBILE REVVL 6 (TMAF025G) CELL PHONE |
| CELL PHONE, ONE (1) T-MOBILE CELL PHONE IMEI 015734003132450 |
| TABLET, ONE (1) APPLE IPAD |
| CELL PHONE, ONE (1) SAMSUNG CELL PHONE IMEI 354212111493113 |
| CELL PHONE, ONE (1) BLACK MOTOROLA CELL PHONE WITH PURPLE BACK |
| CELL PHONE, ONE (1) SAMSUNG CELLPHONE WITH "AJ" CARVED INTO THE BACK. IMEI 356211711912983 |
| CELL PHONE, ONE (1) BLACK SCHOK VOLT CELLPHONE |
| CELL PHONE, ONE (1) IPHONE 7 IMEI 354913096549775 |

### D. The Sentence Must Promote Respect for the Law, Deter Others from Committing Crime, and Deter this Defendant from Committing More Crime

Any sentence imposed by this Court must reflect the need to promote respect for the law and attempt to deter others from engaging in similar criminal conduct. The severity of the agreed sentence accomplishes this important societal goal.

### E. Additional 3553(a) Factors Unaccounted for in the Guidelines

As indicated to the defense and disclosed to the Court, two other individuals have also been victims of previous criminal conduct of Dawes. This past conduct lies outside of the State of Indiana statute of limitations. (Rodriguez is not alleged to be involved in the previous criminal conduct.)

Based upon the documents provided to the probation department, this previous criminal conduct constitutes additional information related to the 3553(a) factors that this Court must consider when determining an

appropriate sentence. In this case, both previous victims of Dawes have provided letters to the Court detailing this additional criminal conduct of Dawes and also indicating that in their estimation, the 25-year agreed term of incarceration is appropriate.  One of these individuals has requested, and is expected, to testify at the sentencing hearing.

## IV.   Conclusion

Based upon the above, the Government respectfully requests that the Court accept the sentence as stated in the plea agreement.  Given the facts of this case as reflected in the presentence investigation report, the binding sentence recommendation in the plea agreement is consistent with the United States Sentencing Guideline purposes and is a fair and just sentence in this case.

Respectfully submitted,

CLIFFORD D. JOHNSON,
United States Attorney

By: /s/ *Philip Benson*
       Assistant U. S. Attorney

5

## *CERTIFICATE OF SERVICE*

I hereby certify that January 30, 2024, I filed the **Government's Sentencing Memorandum** with the Clerk of the Court via electronic filing to all parties of record.

/s/ *Philip Benson*
Assistant United States Attorney