January 31, 2024

Honorable Philip Simon,

My name is Denise Morley. I am a volunteer at the Porter County Jail, providing classes for females who voluntarily desire to participate. I co-lead the class with Sandy Kender, Porter County Sheriff's Department Chaplain. Our class meets each week and provides spiritual guidance and growth for incarcerated women.

I am writing this letter on behalf of Abigail Dawes, who will come before you for sentencing in court in February. Abigail has been an attendee and active participant in our class since we began in July of last year, never missing an opportunity to be present. Abigail has a desire to learn, and we can see that she has a strong desire to grow not only in her spiritual life but also in rectitude. Please consider her efforts to faithfully attend our class and for all she brings in encouragement to others through her positive attitude.

It is my hope this letter will give insight into her present character. Thank you for your consideration.

Sincerely,

*Denise Morley*

**EXHIBIT A**